No. 3256.—Flores et al., Apldas., v. Comisión de Indem. a Obreros, Aplte. — C. D. Humacao. *Certiorari*. Julio 11, 1924. Visto el caso de *Rodríguez v. Comisión de Indemnizaciones a Obreros*, 31 D.P.R. 183, estableciendo la siguiente jurisprudencia: ''Contra la sentencia pronunciada por una corte de distrito resolviendo la apelación que pueda establecerse ante ella contra la decisión de la comisión en casos de accidentes a obreros, no puede recurrir la Comisión para ante el Tribunal Supremo de acuerdo con la ley especial sobre la materia'', procede desestimar el recurso. *Desestimado*.

No. 2291.—El Pueblo, Apldo., v. Menéndez, Aplte.—C. D. Arecibo. Abandono de menores. Julio 12, 1924. Siendo la prueba suficiente para sostener la sentencia y no apareciendo que se haya cometido error fundamental alguno, se confirma la misma.

No. 3216.—Serrano, Peticionaria, Aplte., v. Comisión de Indem. a Obreros, Aplda.—C. D. Ponce. Reclamación de compensación por accidente. Julio 21, 1924. Alegándose que la sentencia apelada es contraria a la prueba y a derecho habiendo errado la corte al desestimar la demanda y al declarar que la muerte del obrero Manuel Tricoche, no ocurrió como consecuencia del trabajo en que se ocupaba arrancando espeques el día en que falleció de repente: examinados los autos el tribunal resolvió que la corte de distrito no había cometido los errores que se le atribuyen pues la prueba no demuestra que el obrero falleciera a consecuencia del trabajo que realizaba.